# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 11-cv-07166-MRP-MANx; 11-cv-09889-MRP-MANx | Date | 11/21/2012 |
| Title | The Western and Southern Life Insurance Co. v. Countrywide Financial Corporation et al.; National Integrity Life Insurance Co. v. Countrywide Financial Corp., et al. | | |

| Present: The Honorable | MARIANA R. PFAELZER | |
|---|---|---|
| Cynthia Salyer | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:**     (In Chambers)

### ORDER RE: Motion for Reconsideration and Leave to Amend, or, Alternatively, Entry of Judgment

Pending before the Court are Plaintiffs' Motions for Reconsideration and Leave to Amend, or, Alternatively, Entry of Judgment.

The Court has considered, and rejected, the relevance of the Sixth Circuit's recent decision in *Ouwinga v. Benistar 419 Plan Servs., Inc.*, 694 F.3d 783 (6th Cir. 2012). Neither is the Court persuaded by the reasoning of the recent Second Circuit decision on class action standing. *NECA-IBEW Health & Welfare Fund v. Goldman Sachs & Co.*, 693 F.3d 145 (2d Cir. 2012). This Court's differences with respect to the Second Circuit's holding are explained in its order in *Strategic Capital Bank v. Countrywide Financial Corp.*, 12-CV-04354-MRP. Plaintiffs bring forth no new facts or law warranting reconsideration of the transfer of title claims. Leave to amend is unwarranted. The Court is also not persuaded that it should enter a separate judgment in this matter. Accordingly, Plaintiffs' motions are **DENIED**.

IT IS SO ORDERED.