QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
Molly Stephens (Bar No. 232211)
mollystephens@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Philippe Z. Selendy (admitted *pro hac*)
philippeselendy@quinnemanuel.com
Jennifer J. Barrett (admitted *pro hac*)
jenniferbarrett@quinnemanuel.com
51 Madison Avenue
New York, New York 10010
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

Attorneys for Plaintiff Massachusetts
Mutual Life Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-2265-MRP (MANx)<br><br>**PLAINTIFFS' PROPOSED SCHEDULE**<br><br>Date:         March 11, 2013<br>Time:        11:00 a.m.<br>Courtroom: 12<br>Judge:        Hon. Mariana R. Pfaelzer |
| ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>            Plaintiffs,<br><br>      vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>            Defendants. | Case No. 11-CV-5236-MRP (MANx) |

| | | |
|---|---|---|
| 1 | BANK HAPOALIM, B.M., | |
| 2 | Plaintiff, | Case No. 11-CV-4316-MRP (MANx) |
| 3 | vs. | |
| 4 | BANK OF AMERICA CORPORATION, *et al.*, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK, | Case No. 11-CV-10400-MRP (MANx) |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 11 | | |
| 12 | Defendants. | |
| 13 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No. 11-CV-10414-MRP (MANx) |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 17 | Defendants. | |
| 18 | MINNESOTA LIFE INSURANCE COMPANY, *et al.*, | |
| 19 | | Case No. 12-CV-6149-MRP (MANx) |
| 20 | Plaintiffs, | |
| 21 | vs. | |
| 22 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 23 | Defendants. | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>            Defendants. | Case No. 11-CV-9889-MRP (MANx) |
| PRINCIPAL LIFE INSURANCE COMPANY, *et al.*,<br><br>            Plaintiffs,<br><br>      vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>            Defendants. | Case No. 12-CV-4317-MRP (MANx) |

Case No. 11-ML-2265-MRP (MANx)
PLAINTIFFS' PROPOSED SCHEDULE

Plaintiffs in seven of the cases in this MDL respectfully submit their Proposed Schedule as requested by the Court in its February 19, 2013 minute order.[1] Consistent with the stated purpose of this *Countrywide MBS MDL* to "avoid[] duplicative discovery and other pretrial proceedings on complex common factual issues," JPML Transfer Order at 3 (Case No. 11-ml-02265, Dkt. 1), Plaintiffs propose a uniform schedule for the seven cases that the Court designated in its minute order. Taking into account that certain cases in this MDL were filed in the second half of 2010, Plaintiffs seek a schedule that concludes fact discovery by the end of 2013, concludes expert discovery by mid-2014, and includes a hearing on any summary judgment motions by September 2014. Such a schedule should be possible if Plaintiffs are given access to documents Defendants have previously produced in other relevant litigation and to deposition transcripts in those actions.

Plaintiffs respectfully propose the following schedule for approval by the Court:

---

[1] Plaintiffs are (1) Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, and American Heritage Life Insurance; (2) Bank Hapoalim, B.M.; (3) The Federal Deposit Insurance Corporation as Receiver for United Western Bank; (4) Massachusetts Mutual Life Insurance Company; (5) Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, Securian Foundation, Securian Casualty Company, and CNL/Insurance America, Inc.; (6) National Integrity Life Insurance Company; (7) Principal Life Insurance Company, Principal Funds, Inc, and Principal Variable Contracts Funds, Inc. Plaintiffs' Proposed Schedule is being submitted jointly in the following seven MDL cases for which the Court requested a scheduling proposal: *Allstate Ins. Co. v. Countrywide Fin. Corp.* (11-cv-5236); *Bank Hapoalim, B.M. v. Bank of America Corp.* (12-cv-4316); *Federal Deposit Insurance Corporation as Receiver for United Western Bank v. Countrywide Fin. Corp.* (11-cv-10400); *Mass. Mut. Life Ins. Co. v. Countrywide Fin. Corp.* (11-cv-10414); *Minn. Life Ins. Co. v. Countrywide Financial Corp.* (12-cv-6149); *Nat'l Integrity Life Ins. Co. v. Countrywide Fin. Corp.*, (11-cv-9889); *Principal Life Ins. Co. v. Countrywide Fin. Corp.* (12-cv-4317). *See* 2/19/13 Minute Order (Case No. 11-cv-10414, Dkt. 232).

| Event | Deadline |
|---|---|
| Commencement of Discovery | March 18, 2013 |
| Initial Disclosures | March 18, 2013 |
| Joint Submission of a Proposed Protective Order | March 25, 2013 |
| Production of Final Loan Tapes by Defendants | April 12, 2013 |
| Production of Discovery Provided by Defendants in Other Cases in Which Residential Underwriting Guidelines and/or the Securitization Process Were at Issue | April 29, 2013 |
| Expert Reports on Loan Sampling | June 3, 2013 |
| *Daubert* Motions on Loan Sampling | July 1, 2013 |
| Oppositions to *Daubert* Motions on Loan Sampling | July 22, 2013 |
| Replies in Support of *Daubert* Motions on Sampling | July 29, 2013 |
| Production of Loan Files and Applicable Underwriting Guidelines by Defendants | July 29, 2013 |
| Hearing on *Daubert* Motions on Sampling | August 5, 2013, 11 a.m. |
| Substantial Completion of Party Document Discovery | August 12, 2013 |
| Motion for Joinder of Parties | August 12, 2013 |
| Substantial Completion of Third-Party Document Discovery | September 18, 2013 |
| Completion of Fact Depositions and All Other Fact Discovery | December 20, 2013 |
| Plaintiff's Affirmative Expert Reports | February 7, 2014 |
| Defendants' Expert Reports | April 11, 2014 |
| Plaintiff's Rebuttal Expert Reports | May 9, 2014 |
| Completion of Expert Discovery | June 6, 2014 |
| Summary Judgment Motions | July 14, 2014 |
| Oppositions to Summary Judgment Motions | August 11, 2014 |

| Event | Deadline |
|---|---|
| Replies in Support of Summary Judgment Motion | August 29, 2014 |
| Hearing on Summary Judgment Motions | September 15, 2014, 11 a.m. |

Counsel for Plaintiffs and counsel for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWHEQ, Inc., CWABS, Inc., Countrywide Capital Markets, and Countrywide Securities Corporation (collectively, the "Countrywide Defendants") met and conferred on March 5 and 7, 2013, regarding the above proposed schedule. Because of disagreements on the five issues identified below, the parties were unable to reach agreement:

(1) Defendants proposed a schedule that is nine months longer than Plaintiffs' proposed schedule; Defendants do not propose that summary judgment motions be heard until May 25, 2015. Plaintiffs believe such a schedule is unnecessarily long, particularly given that Defendants have previously produced relevant discovery in other litigation and that Plaintiffs seek and should be afforded access to that discovery.

(2) Defendants would not agree to provide Plaintiffs with access to the Countrywide Defendants' existing document productions and to their witnesses' deposition transcripts in *MBIA Insurance Corporation v. Countrywide Home Loans Inc.* pending in New York Supreme Court (Index No. 08/602825) and other identified actions. Production of this relevant discovery will greatly increase the efficiencies of this MDL and will facilitate Plaintiffs' more expedited schedule.

(3) Defendants' proposal does not provide for an early exchange of expert reports on sampling and associated *Daubert* briefing as has been ordered in multiple RMBS cases. As courts have recognized, the use of statistical sampling is the best and most effective alternative to the impracticable and unnecessary task of requiring

1  parties to collect and re-underwrite the hundreds of thousands of loans underlying
2  the certificates, such as those at issue in this MDL.  Courts have also recognized that
3  drawing loan samples and addressing sampling issues early in litigation ensures that
4  the parties can define appropriate samples early and not waste time and resources
5  collecting, reviewing, and analyzing samples of loans that are later deemed
6  inadmissible.  *See FHFA v. JPMorgan Chase & Co.*, Case No. 11-cv-6188, 2012
7  WL 6000885, at *3 (S.D.N.Y. Dec. 3, 2012); *Mass. Mut. Life Ins. v. DB Structured*
8  *Products, Inc*., Case No. 3:11-cv-30039-MAP (D. Mass. March 5, 2013).
9  Defendants have resisted early resolution of sampling issues, despite other courts'
10  recognition that this is the sensible way to proceed.  To the extent there is an
11  ongoing dispute about early resolution of sampling issues in this action, Plaintiffs
12  request permission to brief this issue.
13       (4)  Defendants proposed to restrict Plaintiffs from serving Federal Rule 34
14  requests for production on the Countrywide Defendants without Court permission.
15  In accordance with the procedure described in Federal Rule 26(b), Plaintiffs should
16  be permitted to serve document requests, including requests for documents related to
17  issues unique to their cases, without the need to apply to the Court each time they
18  wish to do so.  Plaintiffs expect minimal involvement by the Court if the parties
19  follow the standard procedures in the Federal Rules because Plaintiffs do not intend
20  to seek improper or unnecessarily duplicative discovery.  For example, Plaintiffs
21  foresee serving focused document requests on the Countrywide Defendants once
22  they have access to the existing productions and deposition transcripts Plaintiffs
23  seek from other litigation.
24       (5) Defendants' proposal provides an unreasonably short time period for
25  Plaintiffs' experts to re-underwrite loan files and prepare reports; it requires
26  submission of Plaintiffs' expert reports approximately 1.5 months after the date for
27  completion production of loan files, which will not leave enough time for Plaintiffs'
28

loan re-underwriting. Significant time for re-underwriting is necessary because four of the cases have between 24 and 27 securitizations at issue; even with early approval of a sampling methodology, the necessary re-underwriting cannot be completed in the time Defendants allot for it. Plaintiffs' proposed schedule remedies this problem by accelerating the date for production of loan files.

      The parties will continue to meet and confer in an attempt to narrow these disputed issues but as of the afternoon of March 7, 2013, Plaintiffs did not have confirmation from Defendants of agreement regarding any of these issues. Should the parties reach agreement prior to the hearing on Monday, March 11, 2013, the parties will so inform the Court at the hearing.

## Conclusion

      Plaintiffs respectfully request that the Court enter their proposed schedule in the seven above-listed cases.

DATED: March 7, 2013

By /s/ *Harry A. Olivar, Jr.*
Harry A. Olivar, Jr. (Bar No. 143089)
*harryolivar@quinnemanuel.com*
Molly Stephens (Bar No. 232211)
*mollystephens@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel.:  (213) 443-3000
Fax:  (213) 443-3100

Philippe Z. Selendy (admitted pro hac)
*philippeselendy@quinnemanuel.com*
Jennifer J. Barrett (admitted pro hac)
*jenniferbarrett@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.:  (212) 849-7000
Fax:  (212) 849-7100

*Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company*

By /s/ *Jeremy D. Andersen*
Daniel L. Brockett (Bar No. 237551)
*danbrockett@quinnemanuel.com*
Marc L. Greenwald (Bar No. 176072)
*marcgreenwald@quinnemanuel.com*
David D. Burnett (*pro hac vice*)
daveburnett@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.:  (212) 849-7000
Fax:  (212) 849-7100

Jeremy D. Andersen (Bar No. 227287)
*jeremyandersen@quinnemanuel.com*
Jennifer J. Barrett (admitted pro hac)
*jenniferbarrett@quinnemanuel.com*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel.:  (213) 443-3000
Fax:  (213) 443-3100

*Attorneys for Plaintiffs Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, and American Heritage Life Insurance Company*

By /s/ *Joel H. Bernstein*
Joel H. Bernstein
*jbernstein@labaton.com*
Martis Alex (Bar No. 77903)
*malex@labaton.com*
Mark S. Arisohn
*marisohn@labaton.com*
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Tel.:  (212) 907-0700
Fax.:  (212) 818-0477

By /s/ *Mark I. Labaton*
Mark I. Labaton (Bar No. 159555)
*mlabaton@motleyrice.com*
Robert Zabb (Bar No. 114405)
*rzabb@motleyrice.com*
MOTLEY RICE LLP
1801 Century Park East, Suite 475
Los Angeles, CA 90067
Tel.: (310) 552-7992
Fax: (310) 552-8054

*Attorneys for Plaintiffs Bank Hapoalim B.M.*

*Attorneys for Principal Life Insurance Company; Principal Funds, Inc.; and Principal Variable Contracts Funds, Inc.*

By: /s/ *David M. Wilk*
Lawrence R. King (Bar No. 55827)
David M. Wilk (Bar No. 222860)
Shawn M. Raiter  Bar No. 240424)
Sarah E. Madsen (Bar No. 0336804)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Tel.:  (651) 312-6500
Fax:  (651) 312-6618

*Attorneys for Plaintiffs Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, Securian Foundation, Securian Casualty Company, and CNL/Insurance America, Inc.*

| | |
|---|---|
| 1 | By: /s/ *Michael R. Matthias* |
| 2 | |
| | Michael R. Matthias (Bar No.57728) |
| 3 | *mmatthias@bakerlaw.com* |
| | Gabriel E. Drucker (Bar No. 254448) |
| 4 | *gdrucker@bakerlaw.com* |
| 5 | BAKER HOSTETLER LLP |
| | 12100 Wilshire Blvd. 15th Floor |
| 6 | Los Angeles, California 90025-7120 |
| 7 | Tel.:  (310) 820-8800 |
| | Fax:  (310) 820-8859 |
| 8 | |
| 9 | David J. Grais (admitted pro hac vice) |
| | *dgrais@graisellsworth.com* |
| 10 | Mark B. Holton (admitted pro hac vice) |
| 11 | *mholton@graisellsworth.com* |
| | Mary G. Menge (admitted pro hac vice) |
| 12 | *mmenge@graisellsworth.com* |
| 13 | GRAIS & ELLSWORTH LLP |
| | 1211 Avenue of the Americas |
| 14 | New York, New York 10036 |
| 15 | Tel.:  (212) 755-0100 |
| | Fax:  (212) 744-0052 |
| 16 | |
| 17 | *Attorneys for the Federal Deposit Insurance* |
| 18 | *Corporation as Receiver for United Western Bank* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

By  /s/ *Brian C. Lysaght*
Brian C. Lysaght (Bar. No. 61965)
*blysaght@lysaghtlegal.com*
LYSAGHT LAW GROUP LLP
233 Wilshire Blvd Suite 700
Santa Monica, CA 90401
Telephone: (310) 566-8166

David H. Wollmuth (*pro hac vice*)
*dwollmuth@wmd-law.com*
Thomas P. Ogden (*pro hac vice*)
*togden@wmd-law.com*
Steven S. Fitzgerald (*pro hac vice*)
*sfitzgerald@wmd-law.com*
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for National Integrity Life Insurance Company*

**Certificate of Signatures**

I hereby certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized filing.

 /s/ *Harry A. Olivar, Jr.*