| | |
|---|---|
| Brian E. Pastuszenski (*pro hac vice*)<br>bpastuszenski@goodwinprocter.com<br>Inez H. Friedman-Boyce (*pro hac vice*)<br>ifriedmanboyce@goodwinprocter.com<br>Caroline H. Bullerjahn (*pro hac vice*)<br>cbullerjahn@goodwinprocter.com<br>**GOODWIN PROCTER LLP**<br>53 State Street<br>Boston, MA 02109-2802<br>Telephone: 617-570-1000<br>Facsimile: 617-523-1231<br><br>Mark S. Raffman (*pro hac vice*)<br>mraffman@goodwinprocter.com<br>**GOODWIN PROCTER LLP**<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4432<br>Telephone: 202-346-4000<br>Facsimile: 202-346-4444<br><br>*Attorneys for Defendants*<br>Countrywide Financial Corporation,<br>Countrywide Securities Corporation,<br>Countrywide Home Loans, Inc.,<br>CWALT, Inc., CWMBS, Inc.,<br>CWABS, Inc., CWHEQ, Inc. | **JS-6** |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE BACKED SECURITIES LITIGATION | Case No. 11-ML-2265-MRP (MANx) |
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY,<br><br>              Plaintiff,<br>      vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>              Defendants. | <u>Case No. 11-CV-9889-MRP (MANx)</u><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Case No. 2:11-CV-09889 (MRP)
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** the parties to the above-captioned action have agreed to dismiss this action with prejudice;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff hereby dismisses the above-captioned action with prejudice, including without limitation as to all claims asserted and all parties named in the complaint filed in this action on November 9, 2011.  The parties further expressly waive any and all rights of appeal in the above-captioned action, and the parties further agree that each party shall bear its own costs and attorneys' fees.

SO ORDERED this 28th day of August, 2014.

_____
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE